IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        )
CARMEN MARIA REYES                            ) Case No. 15 B 30183
                                              ) Hon. TIMOTHY A.. BARNES
                                              ) Chapter 7
                    Debtors                   )

**CERTIFICATE OF SERVICE**

     PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on Ju1y 21, 2016 either mailed a copy of the Notice of Final Report (NFR) to
the following or served through the court's Electronic Filing System:

Carmen Maria Reyes
12308 S. LaSalle St.
Chicago, IL 60628

Paul F. Jensen, attorney for the debtor
Geraci Law, LLC
55 E. Monroe St., Suite 3400
Chicago, IL 60603

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

Preferred Capital Funding
368 W. Huron, Ste 400S
Chicago, IL 60654-3424

                                                          /s/ Allan J. DeMars
                                                          Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603